COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:                    01-13-00627-CR

Style:                           Darnell Ramajita Adkins

                                 **v** The State of Texas

Date motion filed*:              August 8, 2013

Type of motion:                  Motion to substitute counsel

Party filing motion:             Appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:              Current Due date:
        Date Requested:

Ordered that motion is:

   ☑    Granted

        If document is to be filed, document due:

        ☐       The Court will not grant additional motions to extend time absent extraordinary circumstances

   ☐    Denied

   ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐    Other: _____

   **The Clerk of this Court is ordered to substitute Timothy A. Hootman for Clyde A. Williams as appellant's counsel of record.**

Judge's signature:   /s/ Rebeca Huddle
                     ☑ Acting individually      ☐ Acting for the Court

Panel consists of   _____

Date: August 13, 2013

November 7, 2008 Revision